# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32418**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Marquell D. ROBINSON**
Airman Basic (E-1), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 11 August 2017

———————————

*Military Judge:* James Dorman.

*Approved sentence:* Bad-conduct discharge, confinement for 10 months, and forfeiture of $1044.00 pay per month for 10 months. Sentence adjudged 17 March 2016 by SpCM convened at Sheppard Air Force Base, Texas.

*For Appellant:* Major Jarett Merk, USAF.

*For Appellee:* Major Meredith L. Steer, USAF; Gerald R. Bruce, Esquire.

Before DREW, MAYBERRY, and DENNIS *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court